**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-1873**

———————

WILLIAM S. JONES, JR.,

                                        Plaintiff - Appellant,

        and

HOMECARE OF VIRGINIA, INCORPORATED,

                                        Plaintiff,

        versus

MAURICE A. JONES, Commissioner, Virginia
Department of Social Services,

                                        Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.   Jerome B. Friedman, District
Judge.  (CA-03-417-2)

———————

Submitted:  November 10, 2004      Decided:  December 21, 2004

———————

Before TRAXLER, GREGORY, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

William S. Jones, Jr., Appellant Pro Se.  Allen Tate Wilson, OFFICE
OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William S. Jones, Jr., appeals the district court's order dismissing his complaint alleging that the Virginia Department of Social Services wrongfully denied an application for a license renewal for Homecare of Virginia, Inc. We have reviewed the record and find no reversible error. Accordingly, we affirm because, as the district court concluded, Jones lacked standing to sue on behalf of Homecare. See Homecare of Virginia, Inc. v. Jones, No. CA-03-417-2 (E.D. Va. June 15, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED